RECEIVED
IN CLERK'S OFFICE

JUN 1 7 2011

IN THE UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
MID. DIST. TENN.

FOR THE _____ DISTRICT OF TENNESSEE

_____ DIVISION

| | | |
|---|---|---|
| <u>Quincy Fuqua</u> Name | ) | (List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary. |
| Prison Id. No. <u>204393</u> | ) ) ) | |
| _____ Name | ) ) | |
| Prison Id. No. _____ | ) ) | Civil Action No. _____ (To be assigned by the Clerk's office. Do not write in this space.) |
| Plaintiff(s) | ) ) ) ) | |
| v. <u>Metro Medical</u> | ) ) | Jury Trial ☐ Yes ☐ No |
| <u>Criminal Justice</u> center Name | ) ) ) ) | (List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary. |
| _____ Name | ) ) ) | |
| Defendant(s) | ) | |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
FILED PURSUANT TO 42 U.S.C. § 1983

I.  PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

   A.  Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

   ☑ Yes          ☐ No .

   B.  If you checked the box marked "Yes" above, provide the following information:

      1.  Parties to the previous lawsuit:

         Plaintiffs   <u>Quincy Fuqua</u>

         Defendants   <u>~~Matthew~~ Matthew Grindstaff</u>

1

2. In what court did you file the previous lawsuit? _____
   The Middle District of Tennessee
   (If you filed the lawsuit in federal court, provide the name of the District. If you
   filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _Still Pending_

4. What was the Judge's name to whom the case was assigned? _____
   _____

5. When did you file the previous lawsuit? _1/18/11_ (Provide the year, if
   you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed,
   appealed, or still pending? _Still Pending_
   _____

7. When was the previous lawsuit decided by the court? _Still Pending_ (Provide
   the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances
   that you are alleging in this lawsuit.

   ☐ Yes            ☐ No

   **(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on
   a separate sheet of paper, and provide the same information for the additional
   lawsuit(s).)**

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT **(The following information
must be provided by each plaintiff.)**

   A. What is the name and address of the prison or jail in which you are currently
      incarcerated? Grayson County Detention Center
      320 Shaw Station Rd   Leitch Field KY 42754

   B. Are the facts of your lawsuit related to your present confinement?

      ☑ Yes            ☐ No

   C. If you checked the box marked "No" in question II.B above, provide the name and
      address of the prison or jail to which the facts of this lawsuit pertain.

      _____

   D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

      ☐ Yes            ☑ No

   If you checked the box marked "No," proceed to question II.H.

Case 3:11-cv-00879   Document 1   Filed 06/17/11   Page 2 of 6 PageID #: 2

E.  If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

    ☐ Yes        ☐ No

F.  If you checked the box marked "Yes" in question II.E above:

    1.    What steps did you take? _____

            _____

    2.    What was the response of prison authorities? _____

            _____

G.  If you checked the box marked "No" in question II.E above, explain why not. _____

_____

H.  Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

    ☐ Yes        ☐ No

I.  If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

    ☐ Yes        ☐ No

J.  If you checked the box marked "Yes" in question II.I above:

    1.    What steps did you take? _Grayson County Detention Center discovered the Gauze inside the Wound_

    2.    What was the response of the authorities who run the detention facility? _____

            _____

L.  If you checked the box marked "No" in question II.I above, explain why not. _____

_____

**Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.**

III.  PARTIES TO THIS LAWSUIT

    A.  Plaintiff(s) bringing this lawsuit:

        1.    Name of the first plaintiff: _Quincy M Fuqua_

            Prison Id. No. of the first plaintiff: _20 4393_

Address of the first plaintiff: *Grayson County Detention Center 320 Shaw Station Rd Leitchfield KY 42754*
· (Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2.      Name of second the plaintiff: _____

     Prison Id. No. of the second plaintiff: _____

     Address of the second plaintiff: _____
_____

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B.      Defendant(s) against whom this lawsuit is being brought: *Criminal Justice Center*

1.      Name of the first defendant: *Metro Medical Center*

     Place of employment of the first defendant: *Nashville TN*
_____

     The first defendant's address: _____
_____

| | | |
|---|---|---|
| Named in official capacity? | ☐ Yes | ☐ No |
| Named in individual capacity" | ☐ Yes | ☐ No |

2.      Name of the second defendant: _____

     Place of employment of the second defendant: _____
_____

     The second defendant's address: _____
_____

| | | |
|---|---|---|
| Named in official capacity? | ☐ Yes | ☐ No |
| Named in individual capacity" | ☐ Yes | ☐ No |

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

4

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

Received treatment From the Metro Criminal Justice Center For Wounds. Wounds would not heal because of the infections. He was moved to Grayson County Detention Center. Grayson County Dentetion Center reopened the wound because it wasn't healing. He also was leaking and Gauze were found. June or July 2010

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. Compensated For Pain and Suffering and Mental Anguish

B. _____

C. _____

D. _____

E. _____

F. I request a jury trial.  ☐ Yes  ☐ No

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: _Quincy M FuQua_ Date: _6/17/11_

Prison Id. No. _204393_

Address: _Grayson County Detention Center_
_320 Shaw Station Rd Leitchfield KY 42754_
(Include the city, state and zip code.)

Signature: _____ Date: _____

Prison Id. No. _____

Address: _____

_____
(Include the city, state and zip code.)

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER.** Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.